UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                    Case No. 09-15802-BKC-PGH
                                          Chapter 7
**JOSHUA C. STEWART**
**HEATHER J. STEWART**              **PAID**
                                    132981
    Debtor(s).
_____/

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The trustee has a balance of $___ remaining in his/her bank account which represents unpresented checks drawn and mailed to creditors of the above named debtor in accordance with Trustee's Notice of Final Dividends To Creditors. Your trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(XX)  The trustee has a balance of $3.28 remaining in her bank account which represents small dividends as defined by FRBP 3010.

That there is attached and made a part of this Notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DATED: June 22, 2010                      Deborah C. Menotte, Trustee

                                          By: *Deborah C. Menotte*
                                          Deborah C. Menotte, Trustee
                                          P. O. Box 211087
                                          West Palm Beach, FL 33421
                                          (561) 795-9640

cc: Office of the U.S. Trustee

**JOSHUA C. STEWART and HEATHER J. STEWART, DEBTORS**

| Claim # | Claimant's Name & Address | Amount of Dividend |
|---------|---------------------------|--------------------|
| 10 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | $3.28 |